| | |
|---|---|
| 1 | Mark D. Campbell (Bar No. CA 180528) |
| | E-mail: mcampbell@sidley.com |
| 2 | Alexis Miller Buese (Bar No. CA 259812) |
| | E-mail: alexis.buese@sidley.com |
| 3 | Rara Kang (Bar No. CA 307236) |
| | E-mail: rkang@sidley.com |
| 4 | SIDLEY AUSTIN LLP |
| | 555 West Fifth Street, Suite 4000 |
| 5 | Los Angeles, CA 90013 |
| | Telephone: (213) 896-6000 |
| 6 | Facsimile: (213) 896-6600 |

*Attorneys for Defendants*

L. Timothy Fisher (Bar No. CA 191626)
E-mail: ltfisher@bursor.com
Joel D. Smith (Bar No. CA 244902)
E-mail: jsmith@bursor.com
BURSOR & FISHER, P.A.
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700

Scott A. Bursor (Bar No. CA 276006)
E-mail: scott@bursor.com
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, NY 10019
Telephone: (212) 989-9113
Facsimile: (212) 989-9163

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK QUIROZ, DOMINIQUE MIRZA, and LOUISE CRESPO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SABATINO TRUFFLES NEW YORK, LLC and SABATINO NORTH AMERICA, LLC,<br><br>Defendants. | Case No. 8:17-cv-00783-DOC-KES<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: May 12, 2017<br>Current Response Date: June 2, 2017<br>New Response Date: July 3, 2017 |

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

Plaintiffs Patrick Quiroz, Dominique Mirza, and Louise Crespo ("Plaintiffs"), and Defendants Sabatino Truffles New York, LLC and Sabatino North America, LLC ("Defendants") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on May 3, 2017, Plaintiffs filed their complaint ("Complaint") in the above-captioned action;

WHEREAS, the Complaint was served on Defendants on May 12, 2017;

WHEREAS, pursuant to Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Defendants are required to appear and respond to the Complaint by June 2, 2017;

WHEREAS, Local Rule 8-3 of the United States District Court, Central District of California provides that the Parties may stipulate, without leave of court, to a 30-day extension beyond the date the response initially would have been due;

WHEREAS, Plaintiffs have agreed to extend Defendants' time to appear and respond to the Complaint to July 3, 2017, which is 30 days from June 2, 2017;

NOW, THEREFORE, IT IS HEREBY STIPULATED by the Parties that Defendants' time to appear and respond to the Complaint shall be extended to July 3, 2017.

**IT IS SO STIPULATED.**

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

| | | |
|---|---|---|
| Dated: | May 31, 2017 | SIDLEY AUSTIN LLP |

By: */s/ Alexis Miller Buese*\*
　　Alexis Miller Buese

*Attorneys for Defendants*
Sabatino Truffles New York, LLC and
Sabatino North America, LLC

| | | |
|---|---|---|
| Dated: | May 31, 2017 | BURSOR & FISHER, P.A. |

By: */s/ L. Timothy Fisher*
　　L. Timothy Fisher

*Attorneys for Plaintiffs*
Patrick Quiroz, Dominique Mirza, and
Louise Crespo

\* Filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

# **CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2017, I electronically filed the foregoing **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** with the Clerk of the Court by using the CM/ECF system.  I certify that the following participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system:

>L. Timothy Fisher, Esq.
>Joel D. Smith
>BURSOR & FISHER, P.A.
>1990 North California Blvd., Suite 940
>Walnut Creek, CA 94596
>
>Scott A. Bursor
>BURSOR & FISHER, P.A.
>888 Seventh Avenue
>New York, NY 10019
>
>*Attorneys for Plaintiffs*
>Patrick Quiroz, Dominique Mirza, and Louise Crespo

>>*/s/ Alexis Miller Buese*
>>Alexis Miller Buese