| | |
|---|---|
| 1 | Mark D. Campbell (Bar No. CA 180528) |
| | E-mail: mcampbell@sidley.com |
| 2 | Alexis Miller Buese (Bar No. CA 259812) |
| | E-mail: alexis.buese@sidley.com |
| 3 | Rara Kang (Bar No. CA 307236) |
| | E-mail: rkang@sidley.com |
| 4 | SIDLEY AUSTIN LLP |
| | 555 West Fifth Street, Suite 4000 |
| 5 | Los Angeles, CA 90013 |
| | Telephone: (213) 896-6000 |
| 6 | Facsimile: (213) 896-6600 |
| 7 | *Attorneys for Defendants* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK QUIROZ, DOMINIQUE MIRZA, and LOUISE CRESPO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SABATINO TRUFFLES NEW YORK, LLC and SABATINO NORTH AMERICA, LLC,<br><br>Defendants. | Case No.   8:17-cv-00783-DOC-KES<br><br>Assigned to: Hon. David O. Carter<br><br>**DEFENDANTS SABATINO TRUFFLES NEW YORK, LLC AND SABATINO NORTH AMERICA, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS THE AMENDED COMPLAINT**<br><br>*Filed concurrently herewith*:<br>(1) Memorandum of Points and Authorities in Support Thereof;<br>(2) [Proposed] Order<br>(3) Defendants' Request for Judicial Notice in Support of Defendants' Motion to Dismiss the Amended Complaint<br><br>Date:         September 11, 2017<br>Time:        8:30 a.m.<br>Location:   Courtroom 9D<br><br>Amended Complaint Filed: July 21, 2017 |

DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS THE AMENDED COMPLAINT

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on September 11, 2017 at 8:30 a.m., in Courtroom 9D of the United States District Court for the Central District of California, located at 411 West Fourth Street, Santa Ana, California 92701, before the Honorable David O. Carter, Defendants Sabatino Truffles New York, LLC and Sabatino North America, LLC ("Defendants") will and hereby moves the Court for an order dismissing with prejudice Plaintiffs' Amended Complaint under Rules 12(b)(1), 12(b)(6), 8(a), and 9(b) of the Federal Rules of Civil Procedure on the grounds that the Court lacks subject matter jurisdiction to hear the claims because Plaintiffs lack standing to assert the claims alleged, and that Plaintiffs have failed to plead with the requisite degree of particularity a claim upon which relief can be granted.

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on July 26, 2017. This Motion is based upon this Notice of Motion and Motion, the supporting Memorandum of Points and Authorities, Defendants' Request for Judicial Notice filed concurrently herewith, the pleadings and filings in this action, and any such argument and submissions that may be presented at or before the hearing.

Dated: August 4, 2017

Respectfully submitted,

SIDLEY AUSTIN LLP

By: */s/ Alexis Miller Buese*
Alexis Miller Buese

*Attorneys for Defendants*
Sabatino Truffles New York, LLC and
Sabatino North America, LLC

# CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2017, I electronically filed the foregoing **DEFENDANTS SABATINO TRUFFLES NEW YORK, LLC AND SABATINO NORTH AMERICA, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS THE AMENDED COMPLAINT** with the Clerk of the Court by using the CM/ECF system.  I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Alexis Miller Buese*
Alexis Miller Buese