**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 8:17-cv-00783-DOC-KESx                              Date: August 9, 2017

Title: PATRICK QUIROZ, et al. v. SABATINO TRUFFLES NEW YORK, LLC, et al.

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER re Proposed Stipulated Protective Order (Dkt. 23)**

On July 28, 2017, the parties submitted a proposed stipulated protective order for court approval. (Dkt. 23.) The Court invites the parties to make the following changes and re-submit the revised stipulated protective order:

(1) Paragraphs 11-12: Rather than permitting "the Court and its personnel" to receive designated materials, the proposed order permits only court personnel "necessary for the handling of the Litigation." That restriction is inconsistent with the Court's current document management system. When documents are filed under seal, the Court's CM/ECF system permits court staff with valid login credentials to view such documents. The Court's obligations regarding handling confidential materials are governed by local rules, not protective orders entered in individual cases.

(2) Paragraph 16: By referring to all "recipients" of confidential information, this paragraph improperly imposes burdens on the Court and its personnel.

(3) Paragraph 22: The Court does not retain jurisdiction over discovery disputes post-termination. To be heard by this Court, the parties' dispute must satisfy the requirements for federal jurisdiction.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 8:17-cv-00783-DOC-KESxDate: August 9, 2017
Page 2

     (4) Paragraph 25: By referring to all "recipients" of confidential information, this paragraph improperly imposes burdens on the Court and its personnel.

Initials of Deputy Clerk <u>JD</u>