**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ltfisher@bursor.com
         jsmith@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
888 Seventh Avenue
New York, NY  10019
Telephone: (212) 989-9113
Facsimile:  (212) 989-9163
E-Mail: scott@bursor.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK QUIROZ, DOMINIQUE MIRZA, and LOUISE CRESPO, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br>　v.<br><br>SABATINO TRUFFLES NEW YORK, LLC and SABATINO NORTH AMERICA, LLC,<br><br>　　　　　　Defendants. | Case No. 8:17-cv-00783-DOC-KES<br><br>**NOTICE OF PLAINTIFFS' MOTION TO QUASH SUBPOENA ADDRESSED TO NSF INTERNATIONAL AUTHENTECHNOLOGIES**<br><br>Date:　January 29, 2018<br>Time:　8:30 a.m.<br>Ctrm:　9D<br><br>Judge:　Hon. David O. Carter |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on January 29, 2018 at 8:30 a.m. in Courtroom 9D, located at 411 West Fourth Street, Santa Ana, California, Plaintiffs Patrick Quiroz, Dominique Mirza, and Louise Crespo ("Plaintiffs") will move and hereby do move the Court for an order quashing the subpoena addressed to third party NSF International AuthenTechonlogies ("NSF").

The Motion to Quash is made on the grounds that Defendants Sabatino Truffles New York, LLC and Sabatino North America, LLC ("Defendants") are seeking information that is protected by the attorney work product privilege. The motion is based on this notice, the accompanying memorandum of law, and the declaration of L. Timothy Fisher, and such additional evidence and argument as may be presented at or prior to a hearing on the motion.

Dated: December 11, 2017         Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:  */s/ L. Timothy Fisher*
          L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
1990 North California Blvd., Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Email: ltfisher@bursor.com
           jsmith@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
888 Seventh Avenue
New York, NY  10019
Telephone: (212) 989-9113
E-Mail: scott@bursor.com

*Counsel for Plaintiffs*