# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 8:17-cv-00783-DOC-KES               Date: December 15, 2017

Title: PATRICK QUIROZ, et al. v. SABATINO TRUFFLES NEW YORK, LLC, et al.

PRESENT:

### THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**     Order re "Joint Notice re Discovery Dispute" (Dkt. 43)

On December 11, 2017, Plaintiffs Patrick Quiroz, Dominique Mirza, and Louise Crespo ("Plaintiffs") filed a notice of motion and motion to quash a subpoena addressed to NSF International Authentechnologies (the "Motion"). (Dkt. 40; 40-1.) This Court issued an order rescheduling the hearing date on the Motion and setting a briefing schedule. (Dkt. 42.)

On December 13, 2017, the parties filed a "Joint Notice Re Discovery Dispute." (Dkt. 43.) They state that they "met and conferred telephonically and agreed to postpone [the] deadline to respond to the subpoena …." (Id. at 2.) The parties therefore request that the Court "suspend the proposed Motion to Quash Hearing date and briefing schedule until the [p]arties re-visit their respective positions." (Id.)

In light of this notice, the Motion's January 30, 2018 hearing date is taken OFF-CALENDAR and briefing on the Motion is STAYED. The parties are encouraged to continue to meet and confer. If the parties resolve their dispute, then Plaintiffs shall promptly notify the Court. Conversely, if a resolution is not reached, then Plaintiffs shall file a notice with (1) a description of meet and confer efforts; and (2) a stipulated schedule for briefing and a hearing on the Motion.

Initials of Deputy Clerk JD