**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
        jsmith@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
888 Seventh Avenue
New York, NY 10019
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
E-Mail: scott@bursor.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK QUIROZ, DOMINIQUE MIRZA, and LOUISE CRESPO, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>SABATINO TRUFFLES NEW YORK, LLC and SABATINO NORTH AMERICA, LLC,<br><br>        Defendants. | Case No. 8:17-cv-00783-DOC-KES<br><br>Honorable David O. Carter<br><br>**JOINT STIPULATION TO DISMISS WITHOUT PREJUDICE** |

JOINT STIPULATION TO DISMISS WITHOUT PREJUDICE
CASE NO. 8:17-CV-00783-DOC-KES

1  IT IS HEREBY STIPULATED AND AGREED by and between the parties
2  through their respective counsel of record, that:
3      1.  The action shall be dismissed without prejudice pursuant to Federal
4  Rule of Civil Procedure 41(a)(1)(A)(ii).
5  IT IS SO STIPULATED.

9  Dated: April 17, 2018          **BURSOR & FISHER, P.A.**

10                                 By:  */s/ L. Timothy Fisher*
11                                        L. Timothy Fisher

12                                 *Counsel for Plaintiffs*

13  Dated: April 17, 2018          **SIDLEY AUSTIN LLP**

14                                 By:  */s/ Mark D. Campbell*
                                          Mark D. Campbell

16                                 *Counsel for Defendants*


### ECF ATTESTATION

I, L. Timothy Fisher, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the e-filing of this **JOINT STIPULATION TO DISMISS WITHOUT PREJUDICE** in compliance with Local Rule 5-4.3.4(a)(2).

                                   By:  */s/ L. Timothy Fisher*
                                          L. Timothy Fisher