**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ltfisher@bursor.com
        jsmith@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
888 Seventh Avenue
New York, NY  10019
Telephone: (212) 989-9113
Facsimile:  (212) 989-9163
E-Mail: scott@bursor.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK QUIROZ, DOMINIQUE MIRZA, and LOUISE CRESPO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SABATINO TRUFFLES NEW YORK, LLC and SABATINO NORTH AMERICA, LLC,<br><br>Defendants. | Case No. 8:17-cv-00783-DOC-KES<br><br>Honorable David O. Carter<br><br>**JOINT STIPULATION TO DISMISS WITH PREJUDICE** |

JOINT STIPULATION TO DISMISS WITH PREJUDICE
CASE NO. 8:17-CV-00783-DOC-KES

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their respective counsel of record, that:

1. The action shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS SO STIPULATED.

Dated: July 19, 2018          **BURSOR & FISHER, P.A.**

By:  */s/ L. Timothy Fisher*
         L. Timothy Fisher

*Counsel for Plaintiffs*

Dated: July 19, 2018          **SIDLEY AUSTIN LLP**

By:  */s/ Mark D. Campbell*
         Mark D. Campbell

*Counsel for Defendants*

### ECF ATTESTATION

I, L. Timothy Fisher, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the e-filing of this **JOINT STIPULATION TO DISMISS WITH PREJUDICE** in compliance with Local Rule 5-4.3.4(a)(2).

By:  */s/ L. Timothy Fisher*
         L. Timothy Fisher